# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jamarcus Antonio Huntley ,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:10-cv-399
                                              3:07-cr-243-1

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2010 Order.

                                                   Signed: December 6, 2010

Frank G. Johns, Clerk
United States District Court